| ATTORNEY OR PARTY WITHOUT ATTORNEY (name and Address)<br>SCOTT J. FERRELL, (SBN 202091)<br>PACIFIC TRIAL ATTORNEYS<br>A PROFESSIONAL CORPORATION<br>4100 NEWPORT PLACE DRIVE, STE. 800<br>NEWPORT BEACH, CA 92660<br><br>TELEPHONE NO.: (949) 706-6464    FAX NO. (Optional):<br>E–MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): PLAINTIFFS | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA<br>STREET ADDRESS: 312 N. SPRING ST.<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: LOS ANGELES, CA 90012<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: BRIANNA RIVERA, ET AL.<br><br>DEFENDANT/RESPONDENT: BRAINFM, INC., ET AL. | CASE NUMBER: 2:19-CV-1217 R (GJSx) |
| **PROOF OF SERVICE OF SUMMONS**<br>**IN A CIVIL ACTION** | Ref. No. or File No.: 1077262JG |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of :
   - a. ☒ Summons IN A CIVIL ACTION
   - b. ☒ Complaint
   - c. ☐ Alternative Dispute Resolution (ADR) package
   - d. ☒ Civil Case Cover Sheet *(served in complex cases only)*
   - e. ☐ cross-complaint
   - f. ☒ other *(specify documents):* NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; CERTIFICATION AND NOTICE OF INTERESTED PARTIES

3. a. Party served: *(specify name of party as shown on documents served):*
      BRAINFM, INC., A DELAWARE CORPORATION
   b. Person served (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made)*(specify name and relationship to the party named in item 3a):*
      ALISON RUTHMANNER, OFFICE MANAGER FOR HARVARD BUSINESS SERVICES, INC.
4. Address where the party was served: 16192 COASTAL HIGHWAY
                                         LEWES, DE 19958
5. I served the party *(check proper box)*
   a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* FEBRUARY 28, 2019  (2) at: *(time)* 1:46 PM

   b. ☐ **by substituted service.** On *(date):*           at: *(time)*          . I left the documents listed in item 2 with or in the presence of (name and title or relationship to the person indicated in item 3):
      - (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      - (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      - (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      - (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*          *(city):*          or ☐ a declaration of mailing is attached.
      - (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| PLANTIFF/PETITIONER: BRIANNA RIVERA, ET AL. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: BRAINFM, INC., ET AL. | 2:19-CV-1217 R (GJSx) |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) (date):                (1) (city):
    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* (form 982(a)(4)) and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt *(form 982(a)(4).)* (Code Civ. Proc., § 415.30.)
    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** (specify means of service and authorizing code section):
      ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
    a. ☐ as an individual defendant
    b. ☐ as the person sued under the fictitious name of (specify):
    c. ☐ on behalf of (specify):
        under the following Code of Civil Procedure section:
        ☐ 416.10 (corporation)                       ☐ 415.95 (business organization, form unknown)
        ☐ 416.20 (defunct corporation)              ☐ 416.60 (minor)
        ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
        ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
        ☐ 416.50 (public entity)                          ☐ 415.46 (occupant)
                                                        ☐ other:

7. **Person who served papers**
    a. Name: **JACKIE APPLEGATE**
    b. Address: **800 W. 1ST STREET, SUITE 200-B LOS ANGELES, CALIFORNIA 90012**
    c. Telephone number: **(213) 607-9000**
    d. The fee for service was: $ 182.50
    e. I am:
      (1) ☒ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ registered California process server:
          (i) ☐ owner ☐ Employee ☐ independent contractor.
          (ii) ☐ Registration No.:
          (iii) ☐ County: STAT EOF DE

**USA Legal Network**

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    Or
9. ☐ I am a California sherif or marshal and I certify that the foregoing is true and correct.

Date: FEBRUARY 28, 2019

JACKIE APPLEGATE
_____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHALL)

_____
(SIGNATURE)

Page 2 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure § 417.10