UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANNA RIVERA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BRAINFM, INC., a Delaware corporation and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: **2:19-cv-1217-R-GJS**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT BRAINFM, INC.'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (FRCP §12(b)(6));**<br><br>**DATE:   May 6, 2019**<br>**TIME:   10:00 a.m.**<br>**PLACE: Courtroom 880**<br><br>*Complaint Filed: February19, 2019* |

**PLEASE TAKE NOTICE** that on Monday, May 6, 2019 at 10:00 a.m. in Courtroom 880 of the above captioned Court located at Roybal Federal Building and U.S. Courthouse, 255 East Temple Street, Los Angeles, CA 90012, defendant BrainFM, Inc.'s ("Defendant") Motion to Dismiss Plaintiff Brianna Rivera's ("Plaintiff") Complaint pursuant to FRCP section 12(b)(6) was regularly heard.

The Court, having considered the notice, points and authorities, and other documents and evidence supporting and opposing the Motion to Dismiss, and having heard the arguments of Plaintiff and Defendant, orders as follows:

**IT IS ORDERED** that:

(1)Defendant's Motion to Dismiss Plaintiff's First Cause of Action in

1

906181499-1

Plaintiff's Complaint for FAILURE TO PRESENT AUTOMATIVE RENEWAL OFFER TERMS FOR CONTINUOUS SERVICE OFFER TERMS CLEARLY AND CONSPICUOUSLY AND IN VISUAL,[sic] PROXIMITY TO THE REQUEST FOR CONSENT OFFER (CAL. BUS. & PROF. CODE§ 17602(a)(1)) is granted with prejudice;

(2) Defendant's Motion to Dismiss Plaintiff's Second Cause of Action in Plaintiff's Complaint action for FAILURE TO OBTAIN CONSUMER"S AFFIRMATIVE CONSENT BEFORE THE SUBSRIPTION IS FULFILLED (CAL BUS. & PROF.CODE §§ 17602(a)(2) and 17603), is granted with prejudice;

(3) Defendant's Motion to Dismiss Plaintiff's Third Cause of Action in Plaintiff's Complaint action for FAILURE TO PROVIDE ACKNOWLEDGMENT WITH AUTOMATIC RENEWAL TERMS AND INFORMATION REGARDING CANCELLATION POLICY (CAL. BUS. & PROF.CODE §§ 17602(a)(2) and 17602(b)), is granted with prejudice; and

(4) Defendant's Motion to Dismiss Plaintiff's Fourth Cause of Action in Plaintiff's Complaint action for VIOLATION OF THE UNFAIR COMPETITION LAW (CAL. BUS. & PROF.CODE§ 17200 *et. seq*) is granted with prejudice.

**IT IS SO ORDERED**.

Date: _____

Hon. Manuel L. Real
United States District Court Judge

[PROPOSED] ORDER GRANTING DEFENDANT BRAINFM, INC.'S MOTION TO DISMISS
906181499-1

Brianna Rivera, et al. v. BrainFM, Inc., et al

USDC of Central District of California - CASE NO.: 2:19-CV-1217 R (GJSX)

## CERTIFICATE OF SERVICE

I declare that I am a citizen of the United States, employed in the County of San Francisco, California, over the age of eighteen years, and not a party to the within cause. My business address is 44 Montgomery Street, Suite 3100, San Francisco, CA 94104

On the date last shown below, I served the foregoing

**[PROPOSED] ORDER GRANTING DEFENDANT BRAINFM, INC.'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (FRCP §12(b)(6));**

On the interested partied in said action:

Scott J. Ferrell, Esq.
PACIFIC TRIAL ATTORNEYS
A Professional Corporation
4100 Newport Place Drive, Suite 800
Newport Beach, CA 92660
Telephone: (949) 706-6464
Email: SFerrell@pacifictrialattorneys.com

in the manner set forth below.

__x__ (VIA U.S. MAIL) I placed for collection and deposit in the U.S. mail, copies of the above document(s) at 44 Montgomery St., Suite 3100, San Francisco, CA 94104, in a sealed envelope, addressed as above. I am readily familiar with the practice of LECLAIRRYAN LLP for the collection and process of correspondence for mailing with the U.S. Postal Service. In accordance with the ordinary course of

1
CERTIFICATE OF SERVICE

906170987-1

1    business, the above documents would have been deposited for first-class delivery

2    on same day, with postage thereon fully prepaid

3

4        I certify and declare under penalty of perjury under the laws of the State of

5    California that the foregoing is true and correct and that this declaration was

6    executed on March 14, 2019 at San Francisco, California.

7

8                                    By_____

9                                         Judy M. Olson

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

CERTIFICATE OF SERVICE

906170987-1