# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANNA RIVERA <br><br> PLAINTIFF(S) <br><br> v. <br><br> BRAINFM, INC., et al. <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 2:19–cv–01217–R–GJS <br><br><br> **ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)** |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

  04/15/2019   /    13    /    FIRST AMENDED COMPLAINT  
*Date Filed*        *Doc. No.*        *Title of Document*

  __           /    __    /    __
*Date Filed*        *Doc. No.*        *Title of Document*

Other:
Leave of Court is required for Plaintiff to amend her complaint. Federal Rules of Civil Procedure 15(a)(1)(A) allows a party to amend a pleading as a matter of course within 21 days after service of a motion under Rule 12(b). Defendant's filed their motion under Rule 12(b) on March 14, 2019.

Dated: April 16, 2019         By: */s/ Manuel L. Real*
                                  U.S. District Judge

G–106 (6/12)    ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–106 (6/12)    ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)